# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# AT ERIE

| | | |
|---|---|---|
| STEVEN SCOTT SMILEY, JR., | ) | |
| | ) | |
| *Petitioner*, | ) | Civil Action No. 15-287 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MONICA RECKTENWALD, | ) | |
| | ) | |
| *Respondent*. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This petition is **DISMISSED** due to lack of subject matter jurisdiction.

(3) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 30th day of November 2016.

Barbara Jacobs Rothstein
U.S. District Court Judge